IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEIL LYEW

v.                              CIVIL ACTION NO. 13-3329

JOHN KERESTES, et al.

## ORDER

**AND NOW**, this 18th day of October 2013, upon careful and independent consideration of the petition for writ of habeas corpus and Petitioner's Motion to Stay, and after a review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Motion to Stay [Doc. No. 6] is **GRANTED** and the petition for a writ of habeas corpus is placed in suspense until the conclusion of the state appellate proceedings;

3. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this Court.

It is so **ORDERED.**

BY THE COURT:

*/s/ Cynthia M. Rufe*
**CYNTHIA M. RUFE, J.**